```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 20675
   SANDRA X HANLEY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5286


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1. The case was filed on 08/07/08 .

     2. The case was dismissed without confirmation, 11/14/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE   NOT FILED           .00            .00
AMERICAS SERVICING CO      SECURED              .00            .00            .00
HSBC                       UNSECURED       NOT FILED           .00            .00
CHASE BANK USA             UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED       NOT FILED           .00            .00
DISCOVER BANK              UNSECURED       NOT FILED           .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------
                        SECURED    PRIORITY   UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        .00         .00         .00           .00
PRINCIPAL PAID            .00        .00         .00         .00           .00
INTEREST PAID             .00        .00         .00         .00           .00
TOTAL PAID                .00        .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/11/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 20675 SANDRA X HANLEY
```